AO 91 (Rev. 08/09)   Criminal Complaint

**United States District Court**
~~Southern District Of Texas~~
**FILED**

**AUG 1 0 2019**

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. $M-19-1895-M$ |
| Edson SANTIESTEBAN-Garcia | ) | |
| YOB: 1979, COC: Mexico | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___August 9, 2019___ in the county of ___Hidalgo___ in the
___Southern___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 United States Code  § 554 | Did knowingly and willfully attempt to export or send from the United States, any merchandise, article, or object, to wit: approximately 28 high-capacity firearm magazines, contrary to any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale of such merchandise, article or object, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on August 10, 2019.

✓ Continued on the attached sheet.

Submitted by reliable electronic means, sworn to and attested to
telephonically per Fed. R. Cr. P. 4.1, and probable cause found
on:  @ 3:01 PM

*Complainant's signature*

Gerardo Mercado, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  8/10/2019

*Judge's signature*

City and state:   McAllen, Texas

J. Scott Hacker, U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT A

I.     On August 9, 2019, Homeland Security Investigations McAllen, Texas (HSI McAllen)

Special Agents (SAs) and U.S. Customs and Border Protection Officers (CBPOs)

referred a silver Ford F150 (hereinafter referred to as "Subject Vehicle") for an outbound

inspection as the Subject Vehicle attempted to exit the United States into Mexico at the

Hidalgo Port of Entry in Hidalgo, Texas (Hidalgo, Texas POE).  An occupant of the

Subject Vehicle was later identified as Edson SANTIESTEBAN-Garcia, a citizen of

Mexico, from Durango, Durango, Mexico.

II.    During the outbound inspection, SANTIESTEBAN advised CBPOs/HSI Agents that

numerous high-capacity firearm magazines were concealed within the Subject Vehicle.

Subsequently, CBPOs/HSI Agents discovered a 5.56/.223 caliber 100-round capacity

firearm magazine, a 7.62 caliber 75-round capacity firearm magazine, and an assortment

of approximately 26 firearm magazines concealed within the center console and behind

the driver/passenger seats throughout various natural voids within the Subject Vehicle.

III.   At the Hidalgo, Texas POE, HSI Agents advised SANTIESTEBAN of his Miranda rights

and SANTIESTEBAN agreed to be interviewed by HSI Agents without an attorney

present.  SANTIESTEBAN admitted to traveling approximately 10 hours from Durango,

Mexico to McAllen, Texas solely to procure high-capacity firearm magazines from the

United States and intended to transport the high-capacity firearm magazines into Mexico.

SANTIESTEBAN claimed he intended to procure the high-capacity firearm magazines

on behalf of the state police in Durango, Mexico.  SANTIESTEBAN claimed he

concealed the high-capacity firearm magazines within the Subject Vehicle to avoid

detection by Mexican law enforcement officials in Tamaulipas, Mexico.

SANTIESTEBAN claimed he was aware that it was unlawful to illegally export firearms

2

ATTACHMENT A

and ammunition from the United States into Mexico.  SANTIESTEBAN stated he had previously procured numerous high-capacity firearm magazines from McAllen, Texas and sold the high-capacity firearm magazines in Durango, Mexico.

IV.  According to the U.S. Department of State, Office of Defense Trade Controls Compliance (DTCC), firearm magazines are determined to being defense articles described on the United States Munitions List (USML) and regulated for export pursuant to the Arms Export Control Act (Title 22 United States Code 2778).